**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOVETTE JAMES, | ) | CASE NO. CV 06-06401 CAS (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| M E POULOS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of LOVETTE JAMES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 7/19/10

*Christina A. Snyder*
———————————————
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE